**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**NOE CALDERON and**
**ROSA UMANZOR ALFARO** **PLAINTIFFS**

**v.** **No. 4:25-cv-822-DPM**

**CJ EXPRESS TRANSPORT, LLC and**
**CLIFFORD MARABLE** **DEFENDANTS**

**JUDGMENT**

The complaint is dismissed with prejudice. The Court retains jurisdiction until 30 October 2026 to enforce the parties' settlement.

D.P. Marshall Jr.
United States District Judge

28 September 2026